THE MOUNT VERNON TRUST COMPANY, Respondent, v. HUGH McATAMNEY,

Appellant.— Judgment affirmed, with costs. The appellant's own testimony (fols. 131–134, 139) sufficiently established that his relation to the original notes was that of a primary obligor, to whom notice of protest of the renewal note immediately preceding the note in suit was not necessary. (*Witherow* v. *Slayback*, 158 N. Y. 649.) His defense, therefore, of a conditional delivery was unavailing. Rich, Young, Kapper and Scudder, JJ., concur; Lazansky, P. J., concurs in result.